**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Bradley A. Stetkiw

    Defendant.
_____/

Case: 2:18-cr-20579
Judge: Roberts, Victoria A.
MJ: Majzoub, Mona K.
Filed: 08-28-2018 At 03:20 PM
SEALED MATTER

## MOTION TO SEAL INDICTMENT AND ARREST WARRANT

The United States of America, by its undersigned attorneys, respectfully requests that the Indictment and Arrest Warrant, as well as this motion and the minute entry of the proceeding be sealed until further Order of the Court to prevent destruction of or tampering with evidence; to prevent flight from prosecution; and to avoid jeopardizing an investigation.

Respectfully submitted,

Matthew Schneider
United States Attorney

/s/ Timothy Wyse
Timothy Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
timothy.wyse@usdoj.gov
(313) 226-9144

Dated: 8/28/18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Bradley A. Stetkiw

    Defendant.
_____/

Criminal No.

Hon.

## ORDER TO SEAL

The government having moved to seal Indictment and Arrest Warrant and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the Indictment and Arrest Warrant, as well as the motion to seal this order and the minute entry of the proceeding be sealed until further Order of the Court.

R. Steven Whalen
United States Magistrate Judge

Dated: 8/28/18