UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 18-20579

v.

                              JUDGE:

BRADLEY ANTHONY STETKIW,

        Defendant.
_____/

## APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as Counsel in the case for Defendant, Bradley Anthony Stetkiw. I certify that I am admitted to practice in the Court.

                              Respectfully Submitted,

                              **FEDERAL DEFENDER OFFICE**

                              s/ Benton Martin
                              Attorney for Defendant
                              613 Abbott Street, 5th Floor
                              Detroit, Michigan  48226
                              313-967-5832
                              E-mail: benton_martin@fd.org

Date: August 29, 2018