# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>BRADLEY A. STETKIW | )<br>)  Case No. 18-20579<br>)<br>)<br>) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| *Place:*<br>Theodore Levin U.S. Courthouse<br>231 West Lafayette Boulevard<br>Detroit, MI 48226 | *Courtroom:* Room 114 |
|---|---|
| | *Date and Time:* 08/30/2018 AT 1:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 29, 2018

s/R. Steven Whalen
*Judicial Officer's Signature*

R. Steven Whalen, U.S. Magistrate Judge
*Printed name and title*