

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

vs.

D-1, Bradley A. Stetkiw,

    Defendant.

_____/

Criminal No. 18-cr-20579

Hon. Victoria A. Roberts



## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

    I, Bradley A. Stetkiw, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:    Minimum of 5 years; maximum of 20 years and/or a $250,000 fine.
Count 2:    Maximum of 20 years and/or a $250,000 fine.
Count 3:    Maximum of 5 years and/or a $250,000 fine.

    I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
Bradley A. Stetkiw
Defendant

Page 1 of 2

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 6/30/18