UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                          Case No. 18-cr-20579
                                            Honorable Victoria A. Roberts

BRADLEY STETKIW,

       Defendant.
_____/

## STIPULATION AND ORDER TO ADJOURN DATES AND FINDING OF EXCLUDABLE DELAY

The United States of America and Bradley Stetkiw, through his counsel, agree to a 45-day extension of the currently scheduled dates for the motion cut-off, plea cut-off, and jury trial in this matter. The adjourned dates are as follows:

**Pre-Trial Motions:**                              **November 2, 2018**

**Plea Cut-Off/Final Pretrial Conference:**    **November 19, 2018 at 2:00**

**Jury Trial:**                                               **December 17, 2018, at 9:00 a.m.**

As of September 24, 2018, the government was still in the process of turning over discovery to the defense. Thus, the requested extension of time is necessary (1) to give the defense an opportunity to review requested discovery and (2) to give the parties additional time to complete plea negotiations and explore a possible resolution of the case.

The failure to grant such a continuance would deny Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Defendant concurs in this request and agrees that an adjournment of the current dates is in his best interest. *See* 18 U.S.C. § 3161(h)(7).

According, the parties agree that the period from October 30, 2018 to December 17, 2018 should be excluded from computing the time within which a trial must begin for the reasons set forth herein, and because the ends of justice served by such continuance outweigh the interests of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

| | |
|---|---|
| */s/ Timothy Wyse* (w/consent) <br> TIMOTHY WYSE <br> Assistant United States Attorney <br> 211 West Fort Street, Suite 2001 <br> Detroit, Michigan 48226 <br> Timothy.Wyse@usdoj.gov <br> (313) 226-0816 | */s/ Benton C. Martin* <br> BENTON C. MARTIN <br> Counsel for Defendant <br> 613 Abbott Street, Fifth Floor <br> Detroit, Michigan 48226 <br> benton_martin@fd.org <br> (313) 967-5832 |

Dated:   September 26, 2018

**IT IS SO ORDERED.**

s/ Victoria A. Roberts  
HON. VICTORIA A. ROBERTS  
United States District Judge

Entered: 10/2/18