UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                Criminal Case No. 18-20579

vs.                                      Honorable: Victoria A. Roberts

BRADLEY A. STETKIW,

        Defendant.

_____/

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

| *Add the following AUSA(s):* | *Terminated the following AUSA(s):* |
|---|---|
| Name: Linda Aouate | |
| Bar ID: 70693 | Name: NONE |
| Telephone: (313) 226-9587 | |
| Fax: (313) 226-3800 | |
| Email: Linda.Aouate@usdoj.gov | |

                                              s/Linda Aouate
                                              LINDA AOUATE
                                              Assistant United States Attorney
                                              211 W. Fort St., Suite 2001
                                              Detroit, MI 48226
                                              (313) 226-9587

Date: October 4, 2018                    Linda.Aouate@usdoj.gov