10434274

| | AUSA: | Timothy Wyse | | Telephone: (313) 226-9144 |
|---|---|---|---|---|
| AO 442 (Rev 11/11) Arrest Warrant | Special Agent: | Bryan Randall | | Telephone: (216) 701-7915 |

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

FILED
OCT 05 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America
v.

Bradley A. Stetkiw

Case: 2:18-cr-20579

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Bradley A. Stetkiw**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |
| 18 U.S.C. § 1960 | Operating an Unlicensed Money Transmitting Business |

Date: 8/28/18

*Issuing officer's signature*

ERICA KARHOFF    **DEPUTY CLERK**

City and state: Detroit, MI

*Printed name and title*

### Return

This warrant was received on *(date)* 8/28/2018, and the person was arrested on *(date)* 8/29/2018
at *(city and state)* Pontiac, Michigan.

Date: 8/29/2018

*Arresting officer's signature*

Bryan V. Randall Special Agent
*Printed name and title*

*Distribution: Original Court - 1copy U.S. Marshal - 2 copies USA*