UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Cr. No. 18-20579

        v.        Hon. Victoria A. Roberts

BRADLEY A. STETKIW,

        Defendant.

_____/

**INDEX OF EXHIBITS**
**(for Defendant's Motion to Suppress)**

    Exhibit A:    Residential Search Warrant, October 25, 2017

    Exhibit B:    Tim Hortons Search Warrant, October 25, 2017

    Exhibit C:    Homeland Security Investigations Report