

BLAST

11 October 2017

# CryptoFinance Insights: Is Bitcoin money?

**Gautam Chhugani**   +65-6230-4654   gautam.chhugani@bernstein.com

**Gaurav Jangale, ACA**   +65-6230-4682   gaurav.jangale@bernstein.com

We aim to educate investors on the emerging world of Bitcoin and cryptofinance. We partner with a Cryptocurrency expert and investor – Ari Paul. Ari is Managing partner and CIO of BlockTower Capital.

Bitcoin and its underlying blockchain technology has implications on business models across industries, particularly around financial services and payments. However, what we find more interesting is the relative value dynamics this industry is bringing about between (deflationary) virtual currency and (inflationary) fiat currency. Bitcoin now trades at ~US$4,800 per Bitcoin with total market value of ~$80bn. It is worth delving into the very nature and essence of Bitcoin to understand what drives its value. Is it legal tender currency or an asset class comparable to digital gold? Or is it like the 17th Century Tulip Bulbs mania as claimed by those who call it a fraud?  As market cap of the crypto tokens increases, does it have monetary policy, regulatory and geo-political implications? Would Wall street allocate money to Crypto assets?

As we spent time understanding Bitcoin, we always came back to this tweet by one of the Bitcoin core developers:

**"First step to understanding Bitcoin: Admitting you don't understand Bitcoin.
Final step: Realizing that "understanding" is a moving target**."

— Jameson Lopp (@lopp) February 8, 2017

In this note, we start with the most basic question – Is Bitcoin money?

### Do we understand money?

To answer the question whether Bitcoin is money, we need to first understand money. Our attempt to explain Bitcoin is necessarily constrained by our own conditioning and understanding of the world we grew up in. The broad narrative we have been taught is 'first there was barter and then came currency to make it more efficient'. We have always seen governments or monarchies issue currency with faces of Monarchs embossed on them. Understanding money backwards from today is a failed exercise to start with because our understanding of money is overly obsessed with its current physical form and its authority from the sovereign state. As we go through the idea behind money, we will highlight a few characteristics so that they can be compared with the big ideas behind Bitcoin.

### Economic exchange did not wait for currency

The genesis of money lies in the concept of credit. Money before coinage was simply 'I owe you dues' (IOU) which would be tracked using simple accounting records. The accounting method could be simple records, tally sticks, stone markings.

Economic exchange did not wait for coinage. People went about trade – they just recorded the value in rudimentary but effective forms of record keeping. Coinage and standardized currency came in much later.

For example, if A, a producer of wheat sold 1 kg of wheat to B. Suppose, B was a producer of oranges. The accounting records would just keep track that B owes A, but not necessarily A would have to accept oranges in return. A is just assured that when he needs something, B would return the favour (in oranges or not).

### Literacy, numeracy and accounting was invented before money.
Money was always imaginary (using a ledger) before we made it physical with coins and notes. This single big idea about money, carries the maximum freight to explain the current phenomenon of virtual currencies which are simply decentralized ledgers secured using cryptography.

EXHIBIT 1:  **Is the conventional history of money just convenient logic?**

 Analyst Page      Bernstein Events      Industry Page

See Disclosure Appendix of this report for important disclosures and analyst certifications

www.bernsteinresearch.com

Published 10-Oct-2017 20:32 UTC | Revised 11-Oct-2017 00:22 UTC

Gautam Chhugani   +65-6230-4654   gautam.chhugani@bernstein.com

11 October 2017

| History of money as taught by textbooks | |
|---|---|
| Specialisation of labour | ….but needs are wider than what you produce |
| Barter | ….ineffient as needs don't coincide |
| Currency/coinage | ….as medium of exchange, standardised |
| Bank money | ….multiplied money in the system |
| | |
| **History of money discovered by anthropologists** | |
| Clearing & accounting systems | ….as societies still traded by keeping accounts of dues |
| Convenient money (salt, sugar, dried cod) | …. Using acceptable items of common use |
| Metals as money | …..as metals durable, portable, divisible for long distance trade |
| Coinage | …attempt to standardize, universal value |
| Bank money | ….with original function as account clearing between merchants |

Source: Money: The Unauthorized Biography (Felix Martin)**;** Debt: The First 5,000 Years (David Graeber), Bernstein analysis

### Credit and clearing systems existed before cash currency

People engaged in trade without barter and even before coinage. All they needed was a simple method of maintaining accounts between parties - a simple system of IOUs. History is replete with unique methods being used to keep tally accounts in form of what we call a modern-day ledger. The ledger could be maintained as markings on stones, wooden sticks, or even markings on a wall or even large immovable stones which have value attributed in form of credit (see Exhibit 2)

The system of IOUs have also been prevalent during recent periods. When the Irish banks shut down for 6 months in 1970, the economy survived on a system of private cheques /IOU shouldered by neighborhood pubs. For 6 months, what worked was a personalized credit system without any definite time horizon for eventual clearance of debits and credits. In fact, even during recent demonetization in India in 2016, we heard anecdotes of goodwill ledgers beings used by businessmen to settle accounts and continue trading.

In many cases, the stone could be immovable but everyone would still attribute credit to its rightful owner. (Stone used in Yap Island in Exhibit 2). The coins and currency are mere tokens to record the underlying system of credit and clearing. **Currency is only cosmetic; it is the underlying system of credit and clearing that is fundamental foundation of money.** Money in the museums has always been shown in form of ancient coins in copper, gold and silver. This vivid image of money has over emphasized the token/the currency and not the underlying mechanism around it. **If money was displayed in the museums as an old ledger, it probably would not be as interesting to look at.**

EXHIBIT 2: **Stone used in Yap Island for recording dues**



Source: Wikimedia Commons

### The myth of barter

The notion of barter evolving to money was a convenient assumption for thinkers and economists. People did not really try to exchange chickens for wheat because there were no matching engines back then to solve the double coincidence of needs. Instead, people starting storing goods of common use (e.g. salt) which everyone else finds useful and hence, commodities such as salt, sugar became convenient alternates to currency. History is filled with cases of salt, dried cod, sugar, hides, even nails being used as currency. **Thus, currency in simple terms is something the society believes in to be acceptable universally.**

Currency evolved to metals for long distance trading as metals are **durable, portable and divisible.** Coinage was merely the

Gautam Chhugani   +65-6230-4654   gautam.chhugani@bernstein.com

process of standardizing and stamping the metals to be of designated weight and size.

### Monetization, universal value and creation of markets

For markets to function, there has to be a shared unit of economic value so that participants know the language of negotiation. Then came the process of tokenizing the coins with standard attributed value (initial coins were just standard weight silver, but issued coins were for example 100 drachmas). Universal economic value is just a universal language to discuss the value of anything. Through this process of monetization, emerged the concept of 'market' as the organized principle of prices and the language to express ambition, greed, and entrepreneurship.

### Transferability and negotiability

Money is credit due (IOU) but it needs to be transferrable credit. Money has value, when you expect others to accept it. It needs to be transferable in an open market. Thus, for any party to accept an IOU, there should be trust that any third party will be willing to accept the IOU i.e. there is a liquid market for it to be transferable. Thus, appeared bank money. Banks in their early forms became clearing house of debt between merchants.

### Onset of bank money with trust being reposed in centralized banks

Banks first started as merchant clearing houses. Once a bank had endorsed the credit/IOU, it would become transferable in the market based on the faith in the large clearing houses. In simple terms, Banks could issue IOU to depositors and receive IOU in form of receivables. We look at banks as lending organisations today, but banks' original function was this clearing function.

### Role of the sovereign state

As we have seen by now, money is a system of credit, that is liquid, transferable and trustless. Sovereign states became more important, maintaining large armies, protecting societies and thereafter provision of public goods and services against which they would collect taxes. Sovereign governments (regardless of form) became a significant part of the national output and thus largest source of payments in the economy.

This economic prominence of the sovereign state only meant that money issued by the sovereign facilitated the trustless, liquid market where the citizens would trust the money issued by sovereign.  Today, we assume that currency needs to be issued by the sovereign state; however, it is not the sovereign stamp, but the trust and universal acceptability feature that gives currency its value.

Money, as we understand now has the following core functionalities:

+ Credit clearing mechanism or a simple ledger (often maintained by banks and intermediaries in modern times)
+ Portable, durable, divisible
+ Transferable, trust and faith (often comes from the sovereign endorsement)

Standard universal value (though politics/economics/monetary policy has often impacted value of money by inflating (printing) /deflating money)

### Bitcoin: Can you create value from thin air?

Cryptocurrency (e.g. Bitcoin) is best understood in form of 3 layers:

+ **Blockchain (ledger and clearing systems)**
+ **Protocol (crypto based monetary policy and incentives establishing trustless network)**
+ **Tokens (Portable, durable, divisible, transferable)**

### Blockchain – the ledger and clearing systems

The blockchain is a shared ledger, which keeps a permanent, immutable record of digital transactions. The ledger is decentralized i.e. a copy of the ledger is maintained across multiple computers across the globe. The Computer nodes are called miners; it would be easy to think of them as book-keepers who verify the transactions and agree on the state of the ledger that needs to be carried forward. For performing the ledger verification service or the bookkeeping services, they are rewarded in Bitcoins (also called mining Bitcoins).

### The protocol – the new crypto based monetary policy

Protocol is a set of rules that nodes in a network use to transmit information. Transmission control protocol (TCP) is the set of rules to exchange information packets on the internet. The Internet protocol (IP) is the set of rules to exchange messages at the internet address level.

In the context of blockchains and particularly Bitcoin, because the information is a form of digital financial transaction, the protocol becomes a set of rules to govern the identity, security, economic incentives of the digital transactions on the Bitcoin network. The identity and security of the transactions and the ledger is established through cryptography both at the account holder level (through public/private key crypto rules) and at the level of Miners/book-keepers to maintain security and authenticity of the ledger – simple to build consensus on the state of the ledger. These set of crypto-economic rules could be seen as the new monetary policy. Further, the Bitcoin blockchain

Gautam Chhugani  +65-6230-4654  gautam.chhugani@bernstein.com

11 October 2017

is so designed that the supply is capped at 21 million bitcoins (with the maximum supply reached in the year 2140). There are currently ~16.6 million bitcoins with an exponentially decreasing inflation rate – thus the bitcoin protocol is considered to be deflationary in nature.

The trust, security and transferability of the Bitcoin come from the set of crypto-economic rules that are part of the Bitcoin protocol. It clearly obviates the need of a central authority to validate transactions centrally.

### Tokens are like bearer cash

The token native to the Bitcoin blockchain network is called Bitcoin. Other blockchains can have their own tokens e.g. Ether is the intrinsic token to the Ethereum blockchain network. Tokens are used as economic incentives/disincentives to reward the miners / users as part of the network.

The Bitcoin token is divisible to the 8th decimal. It functions as bearer cash. You just need to know the public address of the receiver to send it – it is permission-less just like how cash currency is in the physical world. If you want to buy anything off the shelf, you just need to hand over the cash. Similarly, to transfer Bitcoin, you just need to know the public address of the receiver. The white paper on Bitcoin by Satoshi Nakamoto (unidentified individual or a group) refers to Bitcoin as electronic peer to peer cash. It intends to build a mechanism to make payments over a communication channel (just like we send information on the internet) without a centralized trusted third party.

### Governance issues in absence of central authority

To change or upgrade the Bitcoin network software sometimes requires a "hard fork." A hard fork is a change in the network protocol that renders it incompatible with older versions of the software. A hard fork may be uncontentious and viewed as a welcome software upgrade by the entire community, or it may be contentious. In a contentious hard fork, some people running Bitcoin software may install new incompatible software, while others remain on the old network; this can result in two competing blockchains that are "forks" of the previous chain. On August 1st, Bitcoin forked into Bitcoin and "Bitcoin Cash." In November, there may be another fork in which there may be two blockchains each claiming to be "Bitcoin." Some investors fear this could produce confusion and hurt investor confidence, while others see it as the cost of decentralized governance.

While, it emerges that Bitcoin does share some of the core functionalities of money – secure clearing mechanism, divisible, portable, transferable, secure and trustworthy (crypto-economic rules), the most intriguing part is its value? How do we know it is worth ~$4,800 as it stands today?

### What gives bitcoin value?

It's tempting to value Bitcoin relative to companies or commodities with related value propositions. The value of top 4 global payment networks aggregates to ~$550 bn; the world's gold supply is worth roughly $7 trillion vs. Bitcoin's market cap of ~$76 bn. While these comparisons are useful starting points, they fall short.

### Monetary transmission or a new economy?

Some of Bitcoin's value does indeed come from its usefulness for payments or monetary transfer. Early advocates of Bitcoin suggested it would be adopted by merchants to avoid chargebacks, or that it would displace traditional money transfer services by providing cheaper and faster remittances. Bitcoin currently allows the user to transfer large amounts of money in about 10 minutes for about $2, an attractive alternative to wire transfers or international remittance services. However, nothing prevents existing financial institutions from offering even faster and cheaper transmission services. Bitcoin is valuable in this regard only for "censorship resistance." Payment networks can block payments to a particular company for example and bank regulators can ban wire transfers to a particular country or company. In contrast, it is near impossible to prevent an owner of bitcoins from transferring them to a third party of their choice.

In fact, Bitcoin could be seen as virtual 'bearer cash' economy supported by a decentralized 'trustless' network – a new crypto economy with its own protocol or policy. The faith of its citizens– software developers, miners, investors, early individual and sovereign state adopters would drive the value of that network.

The value of the new economic network can be related to the transactions in the network as reflected in Exhibits 3 to 4

Bitcoin could fluctuate daily (as high as 5-10% per day) for it to be stable money, although it is in its early days. Fiat money is still the final form of settlement – governments still collect taxes in fiat money and salaries are still paid in fiat money. Thus, for now Bitcoin has only emerged as a 'censorship resistant' asset class. We will delve deeper into Bitcoin and its cryptographic cousins in the coming editions.

Gautam Chhugani   +65-6230-4654   gautam.chhugani@bernstein.com

11 October 2017

EXHIBIT 3: **Evolution of Bitcoin in terms of its market value and processed transaction value**



Note: Estimated USD transaction value taken from Blockchain.info
Source: Willy Woo, Chris Burniske, Blockchain.info, Bernstein analysis

EXHIBIT 4: **Bitcoin Network Value to Transaction ratio**



Note: The above ratio has been smoothed
Source: Willy Woo, Chris Burniske, Blockchain.info, Bernstein analysis

**Gautam Chhugani**  +65-6230-4654   gautam.chhugani@bernstein.com                                                                                                11 October 2017

# DISCLOSURE APPENDIX

## TICKER TABLE

| Ticker | Rating | | 9 Oct 2017 Closing Price | Target Price | TTM Rel. Perf. | | EPS Reported | | | P/E Reported | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2017A | 2018E | 2019E | 2017A | 2018E | 2019E |
| HDFCB.IN | O | INR | 1,795.50 | 2,430.00 | 21.3% | INR | 59.16 | 71.98 | 89.11 | 30.35 | 24.94 | 20.15 |
| MXAPJ | | | 538.87 | | | | 30.59 | 37.14 | 40.86 | 17.61 | 14.51 | 13.19 |

O - Outperform, M - Market-Perform, U - Underperform, N – Not Rated

MXAPJ base year is 2016;.

## VALUATION METHODOLOGY
### India Financials

India is a growth market and investors generally seek growth-based returns in India. We believe all banks in India trade on what market believes as the sustainable earnings growth momentum.  Banks that have sustained cross-cycle earnings growth despite sector asset quality concerns trade at a premium. On the other hand, banks that have been inconsistent in earnings growth get penalized by the market until they build investor confidence again. We value our coverage on a target P/E multiple based on one year forward earnings calibrated by trading history and our expectation of three-year sustainable earnings growth. We use a one-year forward multiple based on FY'19 earnings to arrive at FY'18 end target price. We corroborate our target price earnings multiples with a P/BV based multiple as a secondary check. We also believe the market can be brutal with growth stocks if the growth story shows any structural weakness and thus we constantly stress-test for structural growth weakness across our industry and company investment thesis.  This methodology works for banks under NPL stress too as we expect earnings to largely normalize by FY'19

## RISKS
### HDFC Bank Ltd

+ HDFCB faces significant margin pressure beyond our expectations in line with industry trends

+ HDFCB is unable to drive operating leverage and scale across its retail lending business to enable significant costs savings in operating expenditure

+ HDFCB has to meaningfully slow down credit cards and personal loan book growth due to unexpected risk concerns

## SRO REQUIRED DISCLOSURES

- References  to "Bernstein" relate to Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited, and Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, collectively.

- Bernstein analysts are compensated based on aggregate contributions to the research franchise as measured by account penetration, productivity and proactivity of investment ideas. No analysts are compensated based on performance in, or contributions to, generating investment banking revenues.

- Bernstein rates stocks based on forecasts of relative performance for the next 6-12 months versus the S&P 500 for stocks listed on the U.S. and Canadian exchanges, versus the MSCI Pan Europe Index for stocks listed on the European exchanges (except for Russian companies), versus the MSCI Emerging Markets Index for Russian companies and stocks listed on emerging markets exchanges outside of the Asia Pacific region, and versus the MSCI Asia Pacific ex-Japan Index for stocks listed on the Asian (ex-Japan) exchanges - unless otherwise specified. We have three categories of ratings:

    Outperform: Stock will outpace the market index by more than 15 pp in the year ahead.

    Market-Perform: Stock will perform in line with the market index to within +/-15 pp in the year ahead.

    Underperform: Stock will trail the performance of the market index by more than 15 pp in the year ahead.

    Not Rated: The stock Rating, Target Price and/or estimates (if any) have been suspended temporarily.

- As of 10/10/2017, Bernstein's ratings were distributed as follows: Outperform - 46.7% (0.3% banking clients) ; Market-Perform - 40.1% (0.0% banking clients); Underperform - 13.3% (0.0% banking clients); Not Rated - 0.0% (0.0% banking clients). The numbers in parentheses represent the percentage of companies in each category to whom Bernstein provided investment banking services within the last twelve (12) months.

### 12-Month Rating History as of 10/10/2017

| Ticker | Rating Changes |
|---|---|
| HDFCB.IN | O (IC) 11/16/16 |

Rating Guide: O - Outperform, M - Market-Perform, U - Underperform, N - Not Rated
Rating Actions: IC - Initiated Coverage, DC - Dropped Coverage, RC - Rating Change



## OTHER DISCLOSURES

A price movement of a security which may be temporary will not necessarily trigger a recommendation change. Bernstein will advise as and when coverage of securities commences and ceases. Bernstein has no policy or standard as to the frequency of any updates or changes to its coverage policies. Although the definition and application of these methods are based on generally accepted industry practices and models, please note that there is a range of reasonable variations within these models. The application of models typically depends on forecasts of a range of economic variables, which may include, but not limited to, interest rates, exchange rates, earnings, cash flows and risk factors that are subject to uncertainty and also may change over time. Any valuation is dependent upon the subjective opinion of the analysts carrying out this valuation.

Bernstein produces a number of different types of research product including, among others, fundamental analysis and quantitative analysis. Recommendations contained within one type of research product may differ from recommendations contained within other types of research product, whether as a result of differing time horizons, methodologies or otherwise.

This document may not be passed on to any person in the United Kingdom (i) who is a retail client (ii) unless that person or entity qualifies as an authorised person or exempt person within the meaning of section 19 of the UK Financial Services and Markets Act 2000 (the "Act"), or qualifies as a person to whom the financial promotion restriction imposed by the Act does not apply by virtue of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005, or is a person classified as an "professional client" for the purposes of the Conduct of Business Rules of the Financial Conduct Authority.

This document may not be passed onto any person in Canada unless that person qualifies as "permitted client" as defined in Section 1.1 of NI 31-103.

**To our readers in the United States:** Sanford C. Bernstein & Co., LLC is distributing this publication in the United States and accepts responsibility for its contents. Any U.S. person receiving this publication and wishing to effect securities transactions in any security discussed herein should do so only through Sanford C. Bernstein & Co., LLC.

**To our readers in the United Kingdom:** This publication has been issued or approved for issue in the United Kingdom by Sanford C. Bernstein Limited, authorised and regulated by the Financial Conduct Authority and located at 50 Berkeley Street, London W1J 8SB, +44 (0)20-7170-5000.

**To our readers in member states of the EEA:** This publication is being distributed in the EEA by Sanford C. Bernstein Limited, which is authorised and regulated in the United Kingdom by the Financial Conduct Authority and holds a passport under the Markets in Financial Instruments Directive.

**To our readers in Hong Kong:** This publication is being distributed in Hong Kong by Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, which is licensed and regulated by the Hong Kong Securities and Futures Commission (Central Entity No. AXC846). This publication is solely for professional investors only, as defined in the Securities and Futures Ordinance (Cap. 571).

**To our readers in Singapore:** This publication is being distributed in Singapore by Sanford C. Bernstein, a unit of AllianceBernstein (Singapore) Ltd., only to accredited investors or institutional investors, as defined in the Securities and Futures Act (Chapter 289). Recipients in Singapore should contact AllianceBernstein (Singapore) Ltd. in respect of matters arising from, or in connection with, this publication. AllianceBernstein (Singapore) Ltd. is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C. It is regulated by the Monetary Authority of Singapore and located at One Raffles Quay, #27-11 South Tower, Singapore 048583, +65-62304600. The business name "Bernstein" is registered under business registration number 53193989L.

**To our readers in the People's Republic of China:** The securities referred to in this document are not being offered or sold and may not be offered or sold, directly or indirectly, in the People's Republic of China (for such purposes, not including the Hong Kong and Macau Special Administrative Regions or Taiwan), except as permitted by the securities laws of the People's Republic of China.

**To our readers in Japan:** This document is not delivered to you for marketing purposes, and any information provided herein should not be construed as a recommendation, solicitation or offer to buy or sell any securities or related financial products.

For the institutional client readers in Japan who have been granted access to the Bernstein website by Daiwa Securities Group Inc. ("Daiwa"), your access to this document should not be construed as meaning that Sanford C Bernstein is providing you with investment advice for any purposes. Whilst Sanford C Bernstein has prepared this document, your relationship is, and will remain with, Daiwa, and Sanford C Bernstein has neither any contractual relationship with you nor any obligations towards you.

**To our readers in Australia:** Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited and Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司 are exempt from the requirement to hold an Australian financial services licence under the Corporations Act 2001 in respect of the provision of the following financial services to wholesale clients:

- providing financial product advice;
- dealing in a financial product;
- making a market for a financial product; and
- providing a custodial or depository service.

**To our readers in Canada:** If this publication is pertaining to a Canadian domiciled company, it is being distributed in Canada by Sanford C. Bernstein (Canada) Limited, which is licensed and regulated by the Investment Industry Regulatory Organization of Canada ("IIROC"). If the publication is pertaining to a non-Canadian domiciled company, it is being distributed by Sanford C. Bernstein & Co., LLC, which is licensed and regulated by both the U.S. Securities and Exchange Commission and the Financial Industry Regulatory Authority ("FINRA") into Canada under the International Dealers Exemption. This publication may not be passed onto any person in Canada unless that person qualifies as a "Permitted Client" as defined in Section 1.1 of NI 31-103.

Sanford C. Bernstein & Co., LLC., Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited and AllianceBernstein (Singapore) Ltd. are regulated by, respectively, the Securities and Exchange Commission under U.S. laws, by the Financial Conduct Authority under U.K. laws, by the Hong Kong Securities and Futures Commission under Hong Kong laws, by the Investment Industry Regulatory Organization of Canada and by the Monetary Authority of Singapore under Singapore laws, all of which differ from Australian laws.

One or more of the officers, directors, or employees of Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Sanford C. Bernstein (Canada) Limited, Sanford C. Bernstein (business registration number 53193989L), a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, and/or their affiliates may at any time hold, increase or decrease positions in securities of any company mentioned herein.

Bernstein or its affiliates may provide investment management or other services to the pension or profit sharing plans, or employees of any company mentioned herein, and may give advice to others as to investments in such companies. These entities may effect transactions that are similar to or different from those recommended herein.

Bernstein Research Publications are disseminated to our customers through posting on the firm's password protected website, www.bernsteinresearch.com. Additionally, Bernstein Research Publications are available through email, postal mail and commercial research portals. If you wish to alter your current distribution method, please contact your salesperson for details.

Bernstein and/or its affiliates do and seek to do business with companies covered in its research publications. As a result, investors should be aware that Bernstein and/or its affiliates may have a conflict of interest that could affect the objectivity of this publication. Investors should consider this publication as only a single factor in making their investment decisions.

This publication has been published and distributed in accordance with Bernstein's policy for management of conflicts of interest in investment research, a copy of which is available from Sanford C. Bernstein & Co., LLC, Director of Compliance, 1345 Avenue of the Americas, New York, N.Y. 10105, Sanford C. Bernstein Limited, Director of Compliance, 50 Berkeley Street, London W1J 8SB, United Kingdom, or Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, Director of Compliance, Suites 3206-11, 32/F, One International Finance Centre, 1 Harbour View Street, Central, Hong Kong, or Sanford C. Bernstein (business registration number 53193989L) , a unit of AllianceBernstein (Singapore) Ltd. which is a licensed entity under the Securities and Futures Act and registered with Company Registration No. 199703364C, Director of Compliance, 30 Cecil Street, #28-08 Prudential Tower, Singapore 049712.  Additional disclosures and information regarding Bernstein's business are available on our website www.bernsteinresearch.com.

## CERTIFICATIONS

- I/(we), Gautam Chhugani, Senior Analyst(s)/Analyst(s), certify that all of the views expressed in this publication accurately reflect my/(our) personal views about any and all of the subject securities or issuers and that no part of my/(our) compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views in this publication.



*Approved By: SU*

Copyright 2017, Sanford C. Bernstein & Co., LLC, Sanford C. Bernstein Limited, Sanford C. Bernstein (Hong Kong) Limited 盛博香港有限公司, and AllianceBernstein (Singapore) Ltd., subsidiaries of AllianceBernstein L.P. ~1345 Avenue of the Americas ~ NY, NY 10105 ~212/756-4400.  All rights reserved.

This publication is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of, or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Bernstein or any of their subsidiaries or affiliates to any registration or licensing requirement within such jurisdiction. This publication is based upon public sources we believe to be reliable, but no representation is made by us that the publication is accurate or complete. We do not undertake to advise you of any change in the reported information or in the opinions herein. This publication was prepared and issued by Bernstein for distribution to eligible counterparties or professional clients. This publication is not an offer to buy or sell any security, and it does not constitute investment, legal or tax advice. The investments referred to herein may not be suitable for you. Investors must make their own investment decisions in consultation with their professional advisors in light of their specific circumstances. The value of investments may fluctuate, and investments that are denominated in foreign currencies may fluctuate in value as a result of exposure to exchange rate movements. Information about past performance of an investment is not necessarily a guide to, indicator of, or assurance of, future performance.

[ AHEAD OF TOMORROW ]