UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                        Criminal No. 18-cr-20579
                                        Hon. Victoria A. Roberts

Bradley Stetkiw,

    Defendant.

## STIPULATED MOTION TO EXTEND DEADLINES IN WHICH TO RESPOND TO DEFENDANT'S MOTIONS

The United States of America and defendant, Bradley Stetkiw, hereby stipulate and agree to the following:

1. On November 2, 2018, Defendant filed the following Motions:

    a. Motion to Suppress Evidence Obtained Outside the Scope of the Search Warrant [Doc. 20];

    b. Motion to Suppress for Lack of Probable Cause [Doc. 21];

    c. Motion to Dismiss Count 3 of the Indictment [Doc. 22]; and

    d. Motion to Suppress Evidence Obtained from Tracking Warrant [Doc. 23].

2. On November 14, 2018 the Court set a deadline of November 16, 2018 for the Government to Respond to Defendant's Motions to Suppress Evidence Obtained Outside the Scope of the Search Warrant [Doc. 20], Motion to Suppress for Lack of

Probable Cause [Doc. 21], and Motion to Suppress Evidence Obtained from Tracking Warrant [Doc. 23].

3. On November 14, 2018 the Court also set a deadline for the Government to Respond to Defendant's Motion to Dismiss Count 3 of Indictment [Doc. 22] of November 23, 2018.

4. The parties stipulate and agree that both the volume of defendant's filings and the complexity of the legal issues raised necessitate an extension of time for the Government to respond.

WHEREFORE, the parties request this Court to (1) extend the deadlines for the Government to reply to all Motions filed by the Defendant to December 7, 2018 and (2) set a deadline of December 14, 2018 for Defendant to reply.

| | |
|---|---|
| MATTHEW SCHNEIDER<br>United States Attorney<br><br>/s/ Timothy Wyse<br>Timothy Wyse<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226<br>Timothy.Wyse@usdoj.gov<br>(313) 226-9144 | *s/with consent James Gerometta and Benton C. Martin*<br>James Gerometta and Benton C. Martin<br>Attorneys for Defendant<br>613 Abbott, 5th Fl<br>Detroit, MI 48226<br>James_Gerometta@fd.org<br>(313) 967-5839<br>Benton_Martin@fd.org<br>(313) 967-5832 |

Dated: November 14, 208

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                  Criminal No. 18-cr-20579
                                  Hon. Victoria A. Roberts

Bradley Stetkiw,

    Defendant.

## ORDER EXTENDING TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTIONS

This matter coming before the Court on the stipulation of the Government and defendant Bradley Stetkiw, for the reasons stated in the stipulation, the Court:

(1) Resets the deadline for the Government to reply to Bradley A. Stetkiw's Motions to Suppress and Dismiss ([20] through [23]) to December 7, 2018; and

(2) Sets a deadline of December 14, 2018 for any response by the Defendant.

                                                  S/Victoria A. Roberts
                                                Victoria A. Roberts
Date:  November 15, 2018          United States District Court Judge