UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                          Case No. 2:18−cr−20579−VAR−MKM
                                              Hon. Victoria A. Roberts

Bradley A. Stetkiw,

                Defendant(s),

_____

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of Hearing on [22] MOTION to Dismiss *Count 3 of the Indictment*, [21] MOTION to Suppress *for Lack of Probable Cause*, [23] MOTION to Suppress *Evidence Obtained from Tracking Warrant*, [20] MOTION to Suppress *Ev idence Obtained Outside the Scope of the Search Warrant* as to Bradley A. Stetkiw. **Motion Hearing set for 1/29/2019 at 9:00 AM before District Judge Victoria A. Roberts in Courtroom 1080.** (LVer)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 1080.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/L. Vertriest
                                                            Case Manager

Dated:   November 30, 2018