## **Index of exhibits**

1. Search warrant for 740 Cortwright St., Pontiac MI 48340
2. Department of Homeland Security, Report of Investigation