# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

12/07/2018 14:21 EST                                                                 Page 1 of 3

**CASE NUMBER**
DT02UR15DT0028

**CASE OPENED**
8/13/2015

**CURRENT CASE TITLE**
Dirty Coin et al.

**REPORT TITLE**
Search Warrant Obtained For CP
Review

**SYNOPSIS**

Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), Special Agent in Charge, Detroit (SAC/DT) has launched a discretionary investigation into the money laundering activities of subjects through the use of Bitcoins. HSI Detroit has begun purchasing Bitcoins from a Bitcoin dealer who is now the target of the investigation. The objective is to determine whether or not the target of the investigation is acting as an unlicensed money remitter and to also identify who the target is selling Bitcoins to. It is suspected that the main offline (in-person) purchasers of Bitcoins are individuals who are looking to conduct criminal activity. The offline purchasing of Bitcoins allows individuals to remain undetected by law enforcement by avoiding reporting requirements.

A search warrant was obtained to forensically search STETKIW's electronic devices for more child pornography.

**REPORTED BY**
Bryan Randall
SPECIAL AGENT

**APPROVED BY**
Stephen Clark
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/13/2018

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Dirty Coin et al. | DT02UR15DT0028-038 | 2/13/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/07/2018 14:21 EST                                                                                     Page 2 of 3

## DETAILS OF INVESTIGATION

DETAILS OF INVESTIGATION:

Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), Special Agent in Charge, Detroit (SAC/DT) has launched a discretionary investigation into the money laundering activities of subjects through the use of Bitcoins. HSI Detroit has begun purchasing Bitcoins from a Bitcoin dealer who is now the target of the investigation. The objective is to determine whether or not the target of the investigation is acting as an unlicensed money remitter and to also identify who the target is selling Bitcoins to. It is suspected that the main offline (in-person) purchasers of Bitcoins are individuals who are looking to conduct criminal activity. The offline purchasing of Bitcoins allows individuals to remain undetected by law enforcement by avoiding reporting requirements.

On October 25, 2017, at approximately 1900 hours, HSI Detroit executed a search warrant at 740 Cortwright Street, Pontiac, MI. Seized from the single family home of Bradley A. STETKIW was:

- A Maxtor Hard Drive (Y62EQNOE)
- A Western Digital Hard Drive (40GB)
- A Western Digital Hard Drive (WMAME1626904)
- A Fuji Film Camera
- A Smart Media Card for a Fuji Film Camera
- A Logisys Desktop Computer
- A Western Digital 800 Hard Drive (WMAM91786153)
- A Western Digital Hard Drive (WT645)
- A Maxtor Hard Drive
- A Western Digital 400 Hard Drive (WMAMA2733764)
- A Western Digital 800 Hard Drive (WMAA52816442)
- A Samsung SGH-T599N with case
- $5,730.00 in U.S. currency
- And Miscellaneous Documents

All of the items were examined forensically for further evidence of STETKIW's violation of 18 USC 1960. During the forensic examination Special Agent William Osborn discovered a pornographic image showing an adolescent white male (approximately 7 to 10 years of age) naked in a bed performing fellatio on an adult male. The examination was halted immediately and AUSA Timothy Wyse was contacted.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Dirty Coin et al. | DT02UR15DT0028-038 | 2/13/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

12/07/2018 14:21 EST                                                                                              Page 3 of 3

On January 5, 2018, the United States District Court Eastern District of Michigan granted a new search warrant that allowed forensic examiners to continue searching specifically for more child pornography.

The search of STETKIW's electronic devices is being conducted by Special Agent David Alley.

This investigation continues.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Dirty Coin et al. | DT02UR15DT0028-038 | 2/13/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.