## **Index of Exhibits**

1. Cryptocurrency: A Primer
2. Search warrant for 6495 Telegraph Road, Bloomfield Township MI 48301