## **Index of Exhibits**

1. Search warrant for tracking device
2. Search warrant for 740 Cortwright St., Pontiac MI 48340
3. Search warrant for 6495 Telegraph Road., Bloomfield Township MI 48301