United States District Court
Eastern District of Michigan

United States of America,

    Plaintiff,

                                    No. 18-cr-20579

v.

                                    Hon. Victoria A. Roberts

Bradley Stetkiw,

    Defendant,

## Stipulation and Proposed Order to Continue Trial and Find Excludable Delay

Trial was previously scheduled in this matter for June 24, 2019. On November 2, 2018, defendant Bradley Stetkiw filed motions to suppress and dismiss; the final was argued on June 12, 2019. The parties stipulate to continue the trial to September 30, 2019. The parties further stipulate, and jointly move for the Court to find, that the time period between June 24, 2019 and September 30, 2019 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties' reasons for the continuance and for a finding of excludable delay are as follows: the subject matter of this case is complex, involves distinctly different crimes, and requires the examination of significant amounts of digital evidence. The parties

therefore request that the Court find that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*s/ Timothy Wyse*
Timothy Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
timothy.wyse@usdoj.gov
(313) 226-9144

*s/ with consent Benton C. Martin*
Benton C. Martin
Attorney for Defendant
613 Abbott St Fl 5TH
Benton_Martin@fd.org
(313) 967-5832

*s/ with consent James R. Gerometta*
James R. Gerometta
Attorney for Defendant
613 Abbott St Fl 5TH
james_gerometta@fd.org
(313) 967-5839

Dated: June 14, 2019

United States District Court
Eastern District of Michigan

United States of America,

    Plaintiff,

No. 18-cr-20579

v.

Hon. Victoria A. Roberts

Bradley Stetkiw, a/k/a, Bradley Stetkiw,

    Defendant,

## Order Continuing
## Trial and Finding Excludable Delay

The Court has considered the parties' stipulation and joint motion to continue the trial and for a finding that the time period from June 24, 2019 to September 30, 2019 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendant in a speedy trial and that the time from June 24, 2019 to September 30th, 2019 qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that the complexity of the case's facts and the volume of digital evidence necessitates delay.

IT IS THEREFORE ORDERED that the time from June 24, 2019 to September 30, 2019 shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the trial in this case will be continued and that the following deadlines will apply to these proceedings:

**Plea cutoff/hearing:  August 14, 2019 at 3:00pm**

**Trial: September 30, 2019 at 9:00am**

s/ Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge

Entered:  6/19/2019