United States District Court
Eastern District of Michigan

United States of America,

    Plaintiff,

        No. 18-cr-20579

v.

        Hon. Victoria A. Roberts

Bradley A. Stetkiw,

    Defendant,

---

**Stipulation and Proposed Order to Continue
Trial and Find Excludable Delay**

---

Trial was previously scheduled in this matter for September 30, 2019. The parties stipulate to continue the trial to December 10, 2019. The parties further stipulate, and jointly move for the Court to find, that the time period between September 30, 2019 and December 10, 2019 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties' reasons for the continuance and for a finding of excludable delay are as follows: the subject matter of this case is complex, involves distinctly different crimes, and requires the examination of significant amounts of digital evidence.  The parties therefore request that the Court find that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*s/ Timothy Wyse     s/ with consent Benton C. Martin*

| Timothy Wyse | Benton C. Martin |
|---|---|
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 613 Abbott St Fl 5TH |
| Detroit, MI 48226 | Benton_Martin@fd.org |
| timothy.wyse@usdoj.gov | (313) 967-5832 |
| (313) 226-9144 | |

s/ with consent James R. Gerometta

James R. Gerometta
Attorney for Defendant
613 Abbott St Fl 5TH
james_gerometta@fd.org
(313) 967-5839


Dated: August 13, 2019

United States District Court
Eastern District of Michigan

United States of America,

    Plaintiff,

No. 18-cr-20579

v.

Hon. Victoria A. Roberts

Bradley A. Stetkiw

    Defendant,

---

## Order Continuing
## Trial and Finding Excludable Delay

---

The Court has considered the parties' stipulation and joint motion to continue the trial and for a finding that the time period from September 30, 2019 to December 10, 2019 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendant in a speedy trial and that the time from September 30, 2019 to December 10, 2019 qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that the complexity of the case's facts and the volume of digital evidence necessitates delay.

IT IS THEREFORE ORDERED that the time from September 30, 2019 to December 10, 2019 shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the trial in this case will be continued and that the following deadlines will apply to these proceedings:

**Plea cutoff/hearing 10/10/19 at 2:00 pm**

**Trial: December 10, 2019 at 9:00 am**

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Entered:   8/13/19