UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                            CR. NO. 18-20579

  v.

                            HON. VICTORIA A. ROBERTS

BRADLEY STETKIW,

        Defendant.
_____/

**INDEX OF EXHIBITS**
(for Defendant's Sentencing Memorandum)

EXHIBIT 1:      Evaluation by Dr. Jack Haynes

EXHIBIT 2:      Evaluation by Dr. James Briesmeister

1