JACK P. HAYNES, PH.D., PLLC
LICENSED PSYCHOLOGIST

36700 WOODWARD AVE.
SUITE 30
BLOOMFIELD HILLS, MICHIGAN 48304-0928

(248) 642-4545
FAX (248) 988-9425
www.jackphaynes.com
jackphaynesphd@comcast.net

EXHIBIT NO. 4F
PAGE: 2 OF 5

# CONFIDENTIAL MENTAL STATUS EXAMINATION

October 13, 2009

State of Michigan - Department of Human Services
Disability Determination- Social Security Claims
P.O. Box 30011
Lansing, MI 48909-9973
Fax 866/331-5706

**Re: BRADLEY STETKIW**
Date of Birth: ▇▇65
Age: 44 years
Case Number: 1518972
Date Evaluated: 10-12-09
Educational Level: GED (1986)

## REASON FOR REFERRAL

Mr. Bradley Stetkiw was referred for a Mental Status Examination by the State of Michigan - Department of Human Services Disability Determination Service for Social Security Claims. The alleged disability is stated as due to "bipolar disorder, depression and anxiety." Mr. Stetkiew has signed a Release of Confidential Information and reflected understanding that a report of the evaluation would be forwarded to the State of Michigan Disability Determination Service regarding Social Security. Mr. Stetkiw's identity was verified by his Michigan driver's license.

## BRIEF BACKGROUND

Mr. Stetkiw never has married, has no children, and never has lived with a woman. His parents are alive, married to each other for 54 years. His only sibling is married and employed.

Mr. Stetkiw stated he did not like high school and hence got a GED. He stated he felt he did not

1

EXHIBIT NO. 4F

belong and had no energy when he was in high school. He has had no college. Mr. Stetkiw indicated he has worked all his life doing warehouse shipping and receiving, order filling, and related work, but has been unemployed now for three years. He stated he "can't keep a job" and that he "does not stay anywhere more than three years." He stated he is usually fired for an attitude problem or "they just don't like me."

Mr. Stetkiw has no inpatient psychiatric history, but currently is in outpatient therapy. He is prescribed two psychotropic medications, specifically, generic Zoloft 100 mg and Lamictal 200 mg. He stated that the Zoloft helps with his depression and the Lamictal helps in keeping his "irritation down". He stated that he has been diagnosed with "Bipolar II, depression, anxiety."

Mr. Stetkiw denied any recent substance abuse. He used cocaine and marijuana in his early twenties more than 20 years ago. He also used mescaline as well as uppers and downers. He opined that he "has an addictive personality", but did not think that he has ever been addicted to any illegal drugs or alcohol.

He reported no legal history and no bankruptcy.

## MENTAL STATUS EXAMINATION

As for appearance, attitude and behavior, Mr. Stetkiw stated that he is 5 feet 9 inches tall – although the impression of the examiner was that he was somewhat shorter. He stated that he weighs 320 pounds which is the most he ever has weighed. He stated he has "always" been overweight, but since he stopped working 3 ½ years ago, he has gained about 50 pounds. He observed "food is another addiction."

Mr. Stetkiw gave no evidence that he was not in full contact with reality. He tended to be under-reactive during normal interaction. His receptive speech appeared to be within normal limits. He tended to be unsmiling, but did not appear sad. His coordination and balance appeared adequate, although he walked very slowly, apparently because of his weight. Adequate rapport was established for the purpose of evaluation.

As for stream of mental activity, he appeared spontaneous, though not particularly volunteering. His thoughts did not appear blocked. He did not seem illogical. His speech was not pressured. His thoughts appeared reasonably well-organized.

As for thought processes and thought content, Mr. Stetkiw denied hallucinations, but commented that he sometimes "catches things out of the corner of my eye, however". It was unclear what sort of visual phenomenon he was discussing, but it did not appear to meet criteria related to hallucinations. He did not report any delusions. He stated that he feels somewhat persecuted by society in general. He feels that if he gets a job "someone will fire me." He also described a situation about three years ago when he was going across the border from Canada into the United States. He reported that he was bringing back a bottle of Tylenol with codeine, but he was pulled aside in the U.S. and harassed for no apparent reason for five hours. He stated "everything looks like a police state to me these days."

In regard to thought processes and thought content, he stated that he never has what he would describe as "weird thoughts." He did state that his thoughts do race and sometimes if he has many decisions to make, including even trivial decisions like to wash clothes or not wash clothes, he will debate about it at great length, and often end up doing nothing. Eventually he often stops thinking about it, and the job still is not done.

When asked how he spends his time, he stated he likes to read, particularly on United States history, and he likes reading about the early formation of the United States government. He often goes to the Pontiac Library. He alsois researching the series of owners who have owned his house which was built in the 1920s. He displayed no evidence of obsessions. He stated he has not thought of harming himself in many years. He denied any special powers. He gave no evidence of particular feelings of worthlessness. When asked if he had three wishes, he indicated he would wish for "normalcy" and "be able to hold a job." He did not display tangential thinking, incoherence, associational thinking, poverty of speech or fragmented thinking.

As for emotional reaction, he stated that he feels depressed, "but not horribly depressed." He stated he often does not want to do anything, does not want to leave the house, has trouble doing anything like yard work, or household chores. He went through an elaborate description of re-puttying and repainting a kitchen window in which he stated it took him two weeks to do it, including getting the putty. He stated that he is perfectionistic and "likes to do the best job I am capable of doing." When asked if he ever feels happy, he stated "it has been a very, very long time." When asked what would make him happy, he stated he "did not have the slightest idea." He denied being worried, but he then stated that he is often apprehensive and apparently anxious. He stated that he feels suspicious of people since people often have ulterior motives. He is suspicious of the media. He views himself as an unfriendly person and he is aware that he does not smile and does not come across as very likeable.

As for consciousness and accurate awareness of time, person, and place, he correctly stated the date and also the location of the evaluation.

As for memory, Mr. Stetkiw was able to correctly recall two objects of three after three minutes.

As for recall of digits, Mr. Stetkiw was able to correctly recall seven digits forward, but only three digits backward. As for serial 7s, he was able to correctly do all five.

As for information, he correctly stated the current President of the United States and also the immediate past President of the United States. He was able to correctly state five very large U.S. cities and was only able to state four famous living people.

As for calculations, he readily correctly did single digit addition, subtraction, multiplication, and division.

As for abstract thinking, he indicated that the grass is always greener proverb means "something that you don't have always looks better than something you do have." As for the spilled milk proverb, he stated – "it's like my motto – life goes on – clean up the milk – don't get upset over little things."

As for similarities and differences, he viewed a bush and a tree alike in that they both grow in the ground, need water and have some kind of leaves. As for differences between a bush and a tree he

3

stated "they may be different colors – the bush is usually shorter than the tree."

**EXHIBIT NO. 4F**
**PAGE: 5 OF 5**

As for judgment and insight, regarding finding a stamped, sealed and addressed envelope in the street, he asked for the question to be repeated, but then stated that he would put it in a mailbox. As for being the first person in a theater to see smoke and fire, he stated first of all that he would never be in a theater since he does not go out, but however, if he were, it would not be a good idea to scream fire.

**Diagnoses:**

Axis I:   Bipolar Disorder; Major Depression

Axis II:  Schizoid Personality Disorder

Axis III: Obesity

Axis IV: Employment Difficulties; Relationship Difficulties

Axis V:  GAF = 55

**Prognosis:** Fair to poor.

### DISCUSSION AND OPINION OF WORK-RELATED ABILITIES
### AND RECOMMENDATION REGARDING CAPABILITY TO HANDLE FUNDS

The claimant's ability to relate to others, including fellow workers and supervisors, appears moderately limited.

The claimant's ability to understand, remember, and carry out tasks appears moderately limited.

The claimant's ability to maintain attention, concentration, and persistence to perform routine tasks appears within normal limits.

The claimant's ability to withstand the stress and pressure associated with day-to-day work activity appears significantly limited.

It is recommended that if Mr. Stetkiw is granted Social Security funds that he manage the funds himself.

Thank you very much for referring to me this interesting client.

*Jack P. Haynes, Ph.D.*
Jack P. Haynes, Ph.D.
Licensed Psychologist
License 6301001358-Expires 8-31-2010