Sep. 9. 2009 8:51AM　　　　　　　　　　　　　　　　　　　　　　　　　　　No. 0225　P. 3
Case 2:18-cr-20579-VAR-MKM  ECF No. 50-3, PageID.563  Filed 03/02/20  Page 1 of 5
APR 21 2009

EXHIBIT NO. 2F
PAGE: 2 OF 6

MICHIGAN DEPARTMENT OF LABOR AND ECONOMIC GROWTH
MICHIGAN REHABILITATION SERVICES
WATERFORD DISTRICT OFFICE
2805 PONTIAC LAKE ROAD, SUITE 1A
WATERFORD, MICHIGAN 48328

## PSYCHOLOGICAL REPORT

### RELEVANT DATA:

| | |
|---|---|
| Name of Client: | Bradley Stetkiw |
| Date of Birth: | ▊▊▊ 65 |
| Date of Testing: | 02-26-09 |
| Age at Testing: | 44 Years |
| Education: | 9th Grade & GED |
| Marital Status: | Single |
| Referral Source: | Michael Littlejohn, M.A, LPC, MRS Counselor |

### REFERRAL ISSUES:

Mr. Bradley Stetkiw was referred for a projective test battery as well as an evaluation of his intellectual and academic abilities, reading comprehension, and vocational aptitudes and interests. The results of the test battery will assist in determining viable educational and career goals.

### TESTS ADMINISTERED:

1. Wechsler Adult Intelligence Scale, Third Edition (WAIS-3)
2. Wide Range Achievement Tests, Third Edition (WRAT-3)
   - Reading/Word Pronunciation Achievement Subtest
   - Spelling Achievement Subtest
   - Arithmetic Achievement Subtest
3. Gates and MacGinitie Reading Test:
   - Reading Comprehension Subtest
4. Clinical Interview
5. PAR Psychological Assessment Scale
6. Conners' Adult ADD/ADHD Rating Scale (CAARS)
7. Rotter Incomplete Sentence Interview (Verbal)
8. Thurstone Occupational Interest Schedule (Verbal)
9. Employee Aptitude Survey (EAS):
   - Verbal Reasoning Aptitude Subtest
   - Arithmetic Reasoning Aptitude Subtest

BRADLEY STETKIW
-2-

EXHIBIT NO. 2F
PAGE: 3 OF 6

## BACKGROUND AND OBSERVATIONS:

Mr. Bradley Stetkiw is a 44-year-old male. He never married and does not have any children. He lives independently in Pontiac, Michigan. Mr. Stetkiw said, "I went up to the 9th grade in the Birmingham Schools. I got a GED, too."

Mr. Stetkiw stated that his physical health is good. He added, "I take Zoloft and Lamectal. I take it for a bipolar disorder. I go for therapy at the Rochester Center for Behavioral Medicine." He was never hospitalized for this condition.

Mr. Stetkiw said, "I used some alcohol and weed up to the age of 25. I haven't done any of that since I was 25. I have a clean driving record and no police record." Currently, he has a valid driver's license.

Mr. Stetkiw worked at the age of 14 as a dishwasher. He was in this job until the age of 18. He was also a cab driver for about 5 years. He worked in a warehouse, in receiving, for over 15 years. He has been unemployed for 3 years.

When asked about his career goals, Mr. Stetkiw replied, "I'm not really sure right now. I don't know? Maybe, I could do something like shipping and receiving. I've got enough experience working in a warehouse. I had Unemployment. Now, I get food stamps but I need to get medical insurance."

Mr. Stetkiw was punctual for his clinical interview and testing appointment. He appeared to be somewhat test anxious. Nonetheless, he was pleasant and cooperative. He was able to comprehend and follow testing directions. He worked at a somewhat slow and hesitant manner. He appeared eager to succeed on the various tests. He was unfocused regarding his career goals.

## TEST RESULTS AND INTERPRETATIONS:

### Intellectual and Academic Functioning:

#### Wechsler Adult Intelligence Scale, Third Edition (WAIS-3)
Verbal IQ Score: 95 (Average)
Performance IQ Score: 90 (Average)
Full Scale IQ Score: 93 (Average)

A Full Scale IQ Score of 93 on the Wechsler Adult Intelligence Scale-3 indicates that Mr. Stetkiw is intellectually functioning within the low extremes of the average (90-109) range. There is no statistically significant discrepancy between the Verbal IQ of 95 (average) and the Performance IQ of 90 (low extreme of average).

Sep. 9. 2009 8:51AM
No. 0225 P. 5
Case 2:18-cr-20579-VAR-MKM ECF No. 50-3, PageID.565 Filed 03/02/20 Page 3 of 5

EXHIBIT NO. 2F
PAGE: 4 OF 6

BRADLEY STETKIW
-3-

A review of the Verbal subtest scores indicates that his grasp of academic data is within the average range. He is fairly well-informed regarding school related data. His short-term memory and attention span are within the average range. His comprehension of mental math is within the low average range.

The social comprehension score is within the average range. He is able to work independently. Typically, he knows what is expected of him in social and work situations. However, he should avoid high pressure jobs or jobs that require motor speed. Intense work-related stressors could exacerbate the current levels of depression.

The verbal reasoning score is within the average range. He is able to understand verbal abtractions. He is able to grasp the link between words and ideas. He is able to understand fairly complex verbal abstractions.

The results of the Performance subtests indicate that visual acuity skills are within the average range. He is able to differentiate between essential and superficial visual details in most situations. Hand-eye coordination and spatial relation skills are within the low average range. His motor speed, however, is weak, within the borderline to low extremes of low average ranges. He became tense on timed tasks. He is not a good candidate for piecework or jobs that require motor speed. His manual dexterity skills are good. However, he needs a job that allows him to work at his own pace.

### Wide Range Achievement Tests, Third Edition (WRAT-3):
Reading Word Pronunciation Achievement Grade: Post-High School (45%)
Spelling Achievement Grade Level: High School (45%)
Arithmetic Achievement Grade Level: 6th (8%)

The score on the word pronunciation/word decoding subtest of the WRAT-3 is at a low post-high school equivalency. When corrected for age, the score ranks at the 45th percentile and is within the average range. There are no indications of any letter reversals or transpositions. His word decoding skills are good.

The score on the spelling achievement subtest of the WRAT-3 is at a strong high school level. When corrected for age, this score ranks at the 45th percentile and is within the average range. The score is statistically consistent with his Verbal IQ range. As such, there are no indications of any learning disorder in spelling or written expression.

The arithmetic achievement subtest score is at a 6th grade equivalency. When corrected for age, the subtest score ranks at the 8th percentile and is within the borderline range. His mental math subtest score on the WAIS-3 is within the low extremes of the low average range. There are indications of a developmental arithmetic disorder. He is able to understand rudimentary and everyday math. He does not know all the multiplication tables. He has trouble calculating with

BRADLEY STETKIW
-5-

EXHIBIT NO. 2F
PAGE: 5 OF 6

The Conners' ADD/ADHD Rating Scale (CAARS) was administered verbally as part of the initial interview. The test results do not indicate any particular problems with short-term memory. In fact, his short-term memory is fairly good. However, there are some relatively minor indicators of lags in concentration and focusing. A review of the overall test findings suggest that this may be related to some test anxiety and ongoing tension rather than any attention deficit/hyperactivity disorder.

### Diagnoses:

1. BIPOLAR I DISORDER, MOST RECENT EPISODE DEPRESSED AND MODERATE (DSM-IV CODE# 296.52).

2. DEVELOPMENTAL ARITHMETIC LEARNING DISORDER (DSM-IV CODE# 315.10).

### Diagnostic Recommendations:

Mr. Stetkiw stated that he is in therapy at the present time. He also takes prescribed antidepressant medications. In view of the persistence and impact of the depressive/bipolar features, prognosis may be contingent on his continued compliance with psychiatric/psychotropic intervention.

Mr. Stetkiw may also be able to make some gains in math with further academic remediation and accommodations. The following suggestions may prove helpful:

1. He should avail himself of all post-high school learning resources.
2. He could use further tutoring/remediation in business math.
3. He needs tutoring in calculating with fractions and decimals.
4. He could benefit from extra time (time and a half) on math exams.
5. He should use a calculator on all math tasks.

### Aptitudes and Occupational Interests:

Mr. Stetkiw's score on the verbal-linguistic reasoning aptitude subtest of the Employee Aptitude Survey (EAS) is at the 68th percentile. When corrected for age and compared to a population of employable males, this score is within a strong average range.

His score on the numerical reasoning aptitude subtest of the EAS is at the 10th percentile. When corrected for age and compared to a population of employable males, this score ranks within the high extremes of the borderline range.

**BRADLEY STETKIW**
-6-

EXHIBIT NO. 2F
PAGE: 6 OF 6

The Thurstone Occupational Interest Schedule was administered. The results of this measure indicate career preferences in the following types of jobs: auto collision/machinist (Thurstone: a score of 13 out of 20) and personal service fields (Thurstone: a score of 9 out of 20). There are slight interests in computer repairs and culinary arts. He made it clear that he has no interests in math or sales.

### Recommendations:

Mr. Bradley Stetkiw is intellectually functioning within the average range. There are indications of a developmental arithmetic disorder. Some suggestions for academic remediation and accommodations have been offered within this report. He is able to work independently. He is able to comprehend and follow verbal and written work-related directions. He should avoid high pressure jobs. Intense stressors could exacerbate the current levels of depression. In view of the persistence and impact of a bipolar disorder, prognosis depends on his continued compliance with psychiatric/psychotropic intervention.

Mr. Stetkiw might consider some of the following career options: stock and warehouse work, shipping and receiving, material handling, truck loading and unloading, machine operations, welding, short route delivery tasks, short order cook, catering and food services, culinary arts, auto body collision, auto body painting, plumber's assistant, computer technician, hi-lo operator, heavy equipment operations, merchandise processing, carpeting and flooring, photo processing, and the like. The jobs listed are prototypes. Therefore, similar and related types of jobs might also be considered.

Thank you for this pleasant, cooperative, and apparently motivated individual. If I can be of further service regarding any issues in this vocational/projective test report, please feel free to contact me at your convenience.

*James M. Briesmeister, Ph.D.*

James M. Briesmeister, Ph.D,
Psychological Examiner.

APR 2 1 2009