AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of Michigan

United States of America
Plaintiff (s),
V.
Bradley Stetkiw
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:18-cr-20579-VAR-MK

Notice is hereby given that, subject to approval by the court, **Bradley Stetkiw** (Party (s) Name) substitutes **Clarence M. Dass** (Name of New Attorney), State Bar No. **P74074** as counsel of record in place of **Benton C. Martin** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: The Dass Law Firm, P.L.L.C.
Address: 10 W Square Lake, Suite 307
Telephone: (248) 791-3955     Facsimile (248) 485-6053
E-Mail (Optional): cdass@thedasslawfirm.com

I consent to the above substitution.
Date: 03/10/2021
_Bradley Stetkiw w/ permission_
(Signature of Party (s))

I consent to being substituted.
Date: 03/10/2021
_Benton Martin w/ permission_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 03/10/2021
_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]