# UNITED STATES DISTRICT COURT

__Eastern__ District of __Michigan__

| | |
|---|---|
| United States of America | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Bradley Stetkiw | CASE NUMBER: 2:18-cr-20579-VAR-MK |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Bradley Stetkiw__ substitutes
(Party (s) Name)

__Clarence M. Dass__, State Bar No. __P74074__ as counsel of record in
(Name of New Attorney)

place of __Benton C. Martin__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | The Dass Law Firm, P.L.L.C. |
| Address: | 10 W Square Lake, Suite 307 |
| Telephone: | (248) 791-3955   Facsimile (248) 485-6053 |
| E-Mail (Optional): | cdass@thedasslawfirm.com |

I consent to the above substitution.

Date: __03/10/2021__    __Bradley Stetkiw w/ permission__
(Signature of Party (s))

I consent to being substituted.

Date: __03/10/2021__    __Benton Martin w/ permission__
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __03/10/2021__    _[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 19, 2021    s/ Victoria A. Roberts
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]