UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN (DETROIT)

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-                                               CASE NO: 2:18-cr-20579-VAR-MKM
                                                    HON.  VICTORIA A. ROBERTS

BRADLEY STETKIW,

       Defendant.
_____/

| U.S ATTORNEY'S OFFICE | THE DASS LAW FIRM, P.L.L.C. |
|---|---|
| Timothy Wyse | Clarence M. Dass (P74074) |
| Attorney for Plaintiff | Attorney for Defendant |
| 211 W. Fort St. | 10 W. Square Lake Rd., Ste. 102 |
| Detroit, MI 48226 | Bloomfield Hills, MI 48302 |
| (313) 226-9144 | (248) 791-3955 |
| Timothy.Wyse@usdoj.gov | cdass@thedasslawfirm.com |

_____/

**APPEARANCE**

    CLARENCE M. DASS and THE DASS LAW FIRM, P.L.L.C. enter an appearance as attorney for the Defendant, BRADLEY STETKIW, in the above-entitled matter.

                                                                   Respectfully submitted,

Dated: March 25, 2021                        /s/Clarence M. Dass
                                                    CLARENCE M. DASS (P~74074)
                                                    Attorney for Defendant
                                                    10 W. Square Lake Rd., Ste. 102
                                                    Bloomfield Hills, MI 48302
                                                    (248) 791-3955
                                                    cdass@thedasslawfirm.com