UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN (DETROIT)

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                        CASE NO: 2:18-cr-20579-VAR-MKM
                                                HON.  VICTORIA A. ROBERTS

BRADLEY STETKIW,

        Defendant.

_____/

| U.S ATTORNEY'S OFFICE | THE DASS LAW FIRM, P.L.L.C. |
|---|---|
| Timothy Wyse | Clarence M. Dass (P74074) |
| Attorney for Plaintiff | Attorney for Defendant |
| 211 W. Fort St. | 10 W. Square Lake Rd., Ste. 102 |
| Detroit, MI 48226 | Bloomfield Hills, MI 48302 |
| (313) 226-9144 | (248) 791-3955 |
| Timothy.Wyse@usdoj.gov | cdass@thedasslawfirm.com |

_____/

## **REQUEST TO CONDUCT HEARING VIA ZOOM REMOTE TECHNOLOGY**

      WE HEREBY REQUEST that the Sentencing hearing in the above-entitled matter, shall be heard virtually through Zoom technology before the Honorable VICTORIA A. ROBERTS in the United States District Court, 231 W Lafayette Blvd, Detroit, MI 48226, at a date to be decided by the court.

                                                                       Respectfully submitted,

Dated: March 25, 2021                            /s/CLARENCE M. DASS (P~74074)
                                                                THE DASS LAW FIRM, P.L.L.C.
                                                                10 W. Square Lake Rd., Ste. 102
                                                                Bloomfield Hills, MI 48302
                                                                (248) 791-3955
                                                                cdass@thedasslawfirm.com