UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN (DETROIT)


UNITED STATES OF AMERICA,

              Plaintiff,

-vs-                                   CASE NO: 2:18-cr-20579-VAR-MKM
                                   HON.  VICTORIA A. ROBERTS

BRADLEY STETKIW,

              Defendant.

_____/

| U.S ATTORNEY'S OFFICE | THE DASS LAW FIRM, P.L.L.C. |
|---|---|
| Timothy Wyse | Clarence M. Dass (P74074) |
| Attorney for Plaintiff | Attorney for Defendant |
| 211 W. Fort St. | 10 W. Square Lake Rd., Ste. 102 |
| Detroit, MI 48226 | Bloomfield Hills, MI 48302 |
| (313) 226-9144 | (248) 791-3955 |
| Timothy.Wyse@usdoj.gov | cdass@thedasslawfirm.com |

_____/

## WITHDRAWAL OF THE REQUEST TO CONDUCT HEARING VIA ZOOM REMOTE TECHNOLOGY

      WE HEREBY WITHDRAW THE REQUEST previously submitted, for the Sentencing

hearing in the above-entitled matter, to be heard virtually through Zoom technology before the

Honorable VICTORIA A. ROBERTS in the United States District Court, 231 W Lafayette Blvd,

Detroit, MI 48226.

                                Respectfully submitted,

Dated: April 9, 2021                    /s/CLARENCE M. DASS (P~74074)
                                     THE DASS LAW FIRM, P.L.L.C.
                                     10 W. Square Lake Rd., Ste. 102
                                     Bloomfield Hills, MI 48302
                                     (248) 791-3955
                                     cdass@thedasslawfirm.com