UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    CR. NO.  18-20579

v.

                                      JUDGE:  VICTORIA ROBERTS

BRADLEY STETKIW,

        Defendant.
_____/

## **APPEARANCE**

To the Clerk of the Court and all parties of record:

Enter my appearance as Counsel in the case for Defendant. I certify that I am admitted to practice in the Court.

                                                                   Respectfully Submitted,

                                                                   **FEDERAL DEFENDER OFFICE**

                                                                   s/ Benton Martin
                                                                   Attorney for Defendant
                                                                   613 Abbott Street, Suite 500
                                                                   Detroit, Michigan  48226
                                                                   313-967-5832
                                                                   E-mail: benton_martin@fd.org

Date: September 16, 2021