UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO.  18-20579

v.

                                JUDGE:  VICTORIA ROBERTS

BRADLEY STETKIW,

        Defendant.

_____/

**STIPULATION TO DELAY VOLUNTARY SELF-SURRENDER**

On August 9, 2021, this Court sentenced Bradley Stetkiw to serve 37 months in custody. The parties stipulate and agree to delay Mr. Stetkiw's date for voluntary self-surrender approximately 45 days, from October 5, 2021, until on or after November 19, 2021. Mr. Stetkiw suffers dental problems and has appointments scheduled in hopes of resolving these issues before his surrender.

    IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| s/ Timothy Wyse | s/ Benton C. Martin |
| Assistant U.S. Attorney | Attorney for Bradley Stetkiw |
| 211 W. Fort Street, Suite 2001 | 613 Abbott Street, Suite 500 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| 313-226-9144 | 313-967-5832 |
| E-mail: Timothy_Wyse@usdoj.gov | E-mail: Benton_Martin@fd.org |

Date:  September 27, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    CR. NO.  18-20579

v.

                                            JUDGE:  VICTORIA ROBERTS

BRADLEY STETKIW,

        Defendant.
_____/

## **ORDER DELAYING VOLUNTARY SELF-SURRENDER**

Having considered the parties' stipulation and agreement, the Court finds good cause to delay the date set for Bradley Stetkiw's self-surrender to the Bureau of Prisons;

Defendant Bradley Stetkiw's voluntary self-surrender to Milan Federal Correctional Facility in Milan, Michigan, is delayed to a date on or before November 19, 2021, as determined by the United States Marshal or the Bureau of Prisons.

**IT IS SO ORDERED.**

                                                        s/ Victoria A. Roberts
                                                        **VICTORIA ROBERTS**
                                                        **U.S. DISTRICT JUDGE**

Date:  September 27, 2021